# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 3, 2022

Before
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| LEINANI DESLANDES and STEPHANIE TURNER<br>Plaintiffs-Appellants,<br><br>Nos. 22-2333 and 22-2334 v.<br><br>MCDONALD'S USA LLC, et al.,<br>Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:17-cv-04857<br>] No. 1:19-cv-05524<br>]<br>] Jorge L. Alonso,<br>] Judge. |

Upon consideration of the **MOTION BY PLAINTIFFS-APPELLANTS FOR LEAVE TO FILE BRIEF UNDER SEAL**, filed on November 2, 2022, by counsel for the appellants,

**IT IS ORDERED** that counsel for Appellees shall file within 14 days a response to the motion to seal discussing the appropriateness of maintaining the relevant materials under seal. *See Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 545–46 (7th Cir. 2002); *United States v. Foster*, 564 F.3d 852, 853 (7th Cir. 2009).

form name: **c7_Order_3J**    (form ID: **177**)